No. State 122. BRATKOWSKI, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 222 N. W. 2d 707.)

Criminal law. Homicide by reckless conduct. Sentence. Factors properly considered. Review. No abuse of discretion. Appropriateness of sentence.

The cause was submitted for the plaintiff in error on the brief of *Patrick J. Devitt,* Legal Aid Society of Milwaukee, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Michael R. Klos,* assistant attorney general.